UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00381-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TABAURI OLANION BELL,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court in connection with Defendant's Motion to Suppress Physical Evidence and Statements filed on May 15, 2013.  After conferring with counsel as to a hearing date, it is

ORDERED that a hearing on the motion to suppress is set for **Wednesday, August 7, 2013, at 1:30 p.m.**  The hearing is set for the entire afternoon.  It is

FURTHER ORDERED that the three-day jury trial set to commence on Monday, June 10, 2013, is **VACATED**.  The speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the filing of the motion to suppress.  Finally, it is

ORDERED that the government has up to and including **Monday, June 10, 2013**, in which to file a response to the motion to suppress.

Dated:  May 20, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
SENIOR UNITED STATES DISTRICT JUDGE